■ In the Matter of Christopher A. Nicholson, Appellant, v Donna M. Nicholson, Respondent. [24 NYS3d 555]—Motion for

writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Lindley and Scudder, JJ.